October 13, 2007

Clerk of the Bankruptcy Court
1132 Bishop Street
Suite 250L
Honolulu, Hawaii 96813

Re: 801 DILLINGHAM BLDG., LLC
Bankruptcy No. ~~0-00881~~ 04-00881
Unclaimed funds

Dear Clerk:

Please find enclosed check no. 154 in the amount of $29,296.87 made payable to Clerk of the Bankruptcy Court. The following were returned with no forwarding addresses.

| Claim No. | Claimant/Last Known Address | Claim Amount | Proposed Distribution |
|---|---|---|---|
| 9 | Katrina Yoo<br>OHANA SUSHI<br>801 S. King St., #905<br>Honolulu, Hi. 96814 | $6,771.00 | $4,280.14 |
| 10 | Joyce Kim<br>Chun Hui Kim<br>801 S. King Street, #905<br>Honolulu, Hi. 96814 | $11,197.00 | $7,077.94 |
| 11 | David Ayer<br>Ayer Architects<br>1100 Alakea Street, #200<br>Honolulu, Hi. 96813 | $22,128.38 | $13,987.98 |
| 20 | David Huang<br>CHINA EXPRESS<br>45 SEASIDE AVE.<br>Honolulu, Hi 96815 | $3,250.00 | $2,054.52 |
| 22 | Casey & Rachel Choi<br>I love Korean Barbeque<br>810 S. King Street<br>Honolulu, Hi. 96817 | $3,000.00 | $1,896.39 |
| Total Amount Unclaimed Funds | | | $29,296.87 |

James B. Nicholson
Trustee