| | | |
|---|---|---|
| Trustee's Name, Address, Phone, Fax, Email:<br>JAMES B. NICHOLSON<br>P.O. BOX 15696<br>HONOLULU, HI 96830-5696<br>Phone: (808) 590-2156<br>Fax: (808) 595-3177<br>Email: | | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII |
| Debtor(s):<br>801 DILLINGHAM BLDG., LLC | | Case No.: 04-00881 RJF<br><br>Chapter 7 |
| AMENDED NOTICE OF DEPOSIT OF UNCLAIMED FUNDS | | |
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: This amount represents unclaimed funds on the claim(s) listed below. | $ | 29,296.87 |

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| Claim No. | Claimant Name and Address | Amount | |
|---|---|---|---|
| 9 | Katrina Yoo<br>OHANA SUSHI<br>801 S. King St., #905<br>Honolulu, HI 96814 | $ | 4,280.14 |
| 10 | Kim, Joyce<br>Chun Hui Kim<br>801 S. King Street, #905<br>Honolulu, HI 96814 | $ | 7,077.94 |
| 11 | David Ayer<br>Ayer Architects<br>1100 Alakea Street, #200<br>Honolulu, HI 96813 | $ | 13,987.98 |
| 20 | David Huang<br>CHINA EXPRESS<br>45 SEASIDE AVE.<br>HONOLULU, HI 96815 | $ | 2,054.42 |
| 22 | Casey & Rachel Choi<br>I love Korean Barbeque<br>810 S. King Street<br>Honolulu,, HI 96817 | $ | 1,896.39 |
| Dated: March 6, 2008 | /s/ JAMES B. NICHOLSON<br>    Trustee | | |